UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHABI, | Case No. 3:12-cv-00014-RS |
| Plaintiff, | *Assigned to the Hon. Richard Seeborg* |
| | [PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | Hearing Date:<br>Date:    April 26, 2012<br>Time:    10:00 a.m.<br>Crtrm.: 3, 17th Floor |
| BANK OF AMERICA, N.A., ARASH BAHMAN and DOES 1-50, inclusive; | |
| Defendants. | Proposed Hearing Date:<br>Date:    June 21, 2012<br>Time:    10:00 a.m.<br>Crtrm.: 3, 17th Floor |

IT IS HEREBY ORDERED that the Case Management Conference be continued from April 26, 2012 to June 21, 2012, at 10:00 a.m.  A Joint Case Management Statement is due on June 14, 2012.

Dated:    4/25/12

By: _____
JUDGE RICHARD SEEBORG

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342