1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8

SHIRIN ABBASZADEH ZAHABI,   | Case No. 3:12-cv-00014-RS

9

Plaintiff,   | *Assigned to the Hon. Richard Seeborg*

10

| [PROPOSED] ORDER ON JOINT
11   v.   | **STIPULATION TO CONTINUE CASE
                 MANAGEMENT CONFERENCE**

12

BANK OF AMERICA, N.A., ARASH   | Hearing Date:
13   BAHMAN and DOES 1-50, inclusive;   | Date:    April 26, 2012
                                                                   Time:    10:00 a.m.
14   Defendants.   | Crtrm.:  3, 17th Floor

15

| Proposed Hearing Date:
16   | Date:    June 21, 2012
          | Time:    10:00 a.m.
          | Crtrm.:  3, 17th Floor
17

         IT IS HEREBY ORDERED that the Case Management Conference be continued from
18
April 26, 2012 to June 21, 2012, at 10:00 a.m.  A Joint Case Management Statement is due on
19
June 14, 2012.
20

21   Dated:   4/25/12 _____   By: _____
                                                                JUDGE RICHARD SEEBORG
22

23

24

25

26

27

28

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342