1  ROBERT F. KANE (State Bar No. 71407)
   E-mail: RKane1089@aol.com
2  LAW OFFICES of ROBERT F. KANE
   870 Market Street, Suite 1128
3  San Francisco, CA 94102
   Telephone: (415) 982-1510
4  Facsimile: (415) 982-5821

5  SHIRLEY HOCHAUSEN (State Bar No. 145619)
   KEITH OGDEN (State Bar No. 273129)
6  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   2117B University Avenue
7  East Palo Alto, CA 94303
   Telephone: (650) 326-6440
8  Facsimile: (650) 326-9722

9  Attorneys for Plaintiff
   SHIRIN ABBASZADEH ZAHABI
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT of CALIFORNIA

13 SHIRIN ABBASZADEH ZAHABI              Case No.  ~~4:11-CV-05754-YGR~~  C 12-00014 RS
14       ,
                                         (~~PROPOSED~~) ORDER EXTENDING TIME
           Plaintiff,                    TO FILE OPPOSITION TO MOTION TO
15                                       DISMISS
       vs.
16
   BANK of AMERICA N.A., ARASH           Date:      November 1, 2012
17 BAHMAN, et al.                        Time:      10:00 a.m.
                                         Courtroom: 3 (17th Floor)
18       Defendants.                     Judge:     Hon. Richard Seeborg

19

20

21

22

23

24

25

26

27

28

                                    STIPULATION TO EXTEND TIME
                          1

1  Pursuant to the stipulation of the parties, and good cause appearing,

2  IT IS HEREBY ORDERED:

3  Time to file Plaintiff's Opposition to Defendants' Motion to Dismiss is extended from September 18, 2012 to October 2, 2012, and Defendants' Reply to Opposition to Motion to Dismiss is respectively extended to October 9, 2012.

Dated: September 18, 2012

_____
United States District Court Judge

STIPULATION TO EXTEND TIME

2