UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHABI,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., ARASH BAHMAN and DOES 1-50, inclusive,<br><br>Defendants | Case No. CV12 0014<br><br>*(Assigned to the Hon. Richard Seeborg)*<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br><u>Current Response Deadline:</u><br>Date: December 10, 2012<br><br><u>New Response Deadline:</u><br>Date: January 9, 2013<br><br>Second Amended<br>Complaint Filed: November 14, 2012<br>Trial Date: None |

IT IS HEREBY ORDERED that defendants Bank of America, N.A. and Arash Bahman shall have until January 9, 2013 to respond to plaintiff's second amended complaint in this action.

Dated: 12/7/12

By: /s/ Richard Seeborg
JUDGE RICHARD SEEBORG

*Akerman Senterfitt LLP*
*725 S. Figueroa Street, Suite 3800*
*Los Angeles, California 90017*
*TEL.: (213) 688-9500 – FAX: (213) 627-6342*

{25513806;1}

CASE NO. CV12 0014

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND