IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHABI,<br><br>        Plaintiff,<br>  v.<br><br>BANK of AMERICA N.N., ARASH BAHMAN, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-00014 RS<br><br>**CASE MANAGEMENT<br>SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 18, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     ALTERNATIVE DISPUTE RESOLUTION. Parties are hereby REFERRED to a randomly assigned magistrate judge for the purpose of completing a settlement conference, ideally within the next ninety (90) days.

      2.     INITIAL DISCLOSURES. Initial disclosures shall be exchanged on or before May 15, 2013.

      3.     DISCOVERY. On or before November 1, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert

1  depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete
2  subparts; (c) a reasonable number of requests for production of documents or for inspection per
3  party; and (d) a reasonable number of requests for admission per party.

4      4.     DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
5  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
6  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
7  joint letter must be electronically filed under the Civil Events category of "Motions and Related
8  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
9  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
10  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
11  a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
12  Judge's procedures.

13      5.     EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
14  opinions shall proceed as follows:

15      A.     On or before February 27, 2014, parties will make initial expert disclosures in
16  accordance with Federal Rule of Civil Procedure 26(a)(2).

17      B.     On or before March 20, 2014, parties will designate their supplemental and
18  rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

19      C.     On or before April 10, 2014, all discovery of expert witnesses pursuant to Federal
20  Rule of Civil Procedure 26(b)(4) shall be completed.

21      6.     FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
22  Management Conference shall be held on **November 14, 2013 at 10:00 a.m.** in Courtroom 3,
23  17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
24  parties shall file a Joint Case Management Statement at least one week prior to the Conference.

25      7.     PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
26  Civil Local Rule 7. All pretrial motions shall be heard no later than **May 15, 2014 at 1:30 p.m.**,

CASE MANAGEMENT SCHEDULING ORDER

in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

      8.     PRETRIAL CONFERENCE. The final pretrial conference will be held on **July 3, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

      9.     TRIAL DATE. Jury trial shall commence on **July 14, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 4/18/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER