✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SHIRIN ABBASZEDEH ZAHABI

Plaintiff(s),

V.

BANK OF AMERICA, N.A., ARASH BAHMAN

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __C 12-00014__

Notice is hereby given that, subject to approval by the court, __ARASH BAHMAN__ substitutes
(Party (s) Name)

__PATRICIA H. LYON__, State Bar No. __126761__ as counsel of record in
(Name of New Attorney)

place of __VICTORIA A. CANTORE, AKERMAN SENTERFITT__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __FRENCH & LYON__

Address: __One Sansome Street, Suite 750, San Francisco, CA 94104__

Telephone: __(415) 597-7849__  Facsimile __(415) 243-8200__

E-Mail (Optional): __phlyon@frenchandlyon.com__

I consent to the above substitution.

Date: __5/14/2013__

_____
(Signature of Party (s))

I consent to being substituted.

Date: __5/14/2013__

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __5/14/2013__

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| | |
|---|---|
| SHIRIN ABBASZEDEH ZAHABI<br>      Plaintiff (s),<br>V.<br>BANK OF AMERICA, N.A., ARASH BAHMAN<br>      Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C 12-00014 |

Notice is hereby given that, subject to approval by the court, ARASH BAHMAN substitutes
(Party (s) Name)

PATRICIA H. LYON , State Bar No. 126761 as counsel of record in
(Name of New Attorney)

place of VICTORIA A. CANTORE, AKERMAN SENTERFITT .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: FRENCH & LYON
 Address: One Sansome Street, Suite 750, San Francisco, CA 94104
 Telephone: (415) 597-7849    Facsimile (415) 243-8200
 E-Mail (Optional): phlyon@frenchandlyon.com

I consent to the above substitution.
Date: 5/14/2013

I consent to being substituted.
Date: 5/14/2013

                    (Signature of Party (s))

                    *Victoria Cantore*
                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/14/2013

                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/17/13

                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]