♦AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SHIRIN ABBASZEDEH ZAHABI
                      Plaintiff (s),
V.
BANK OF AMERICA, N.A., ARASH BAHMAN
                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-00014

Notice is hereby given that, subject to approval by the court, __ARASH BAHMAN__ substitutes
                                                       (Party (s) Name)

__PATRICIA H. LYON__, State Bar No. __126761__ as counsel of record in
(Name of New Attorney)

place of __VICTORIA A. CANTORE, AKERMAN SENTERFITT__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     FRENCH & LYON
    Address:        One Sansome Street, Suite 750, San Francisco, CA 94104
    Telephone:     (415) 597-7849     Facsimile (415) 243-8200
    E-Mail (Optional):   phlyon@frenchandlyon.com

I consent to the above substitution.
Date:     5/14/2013
                                                    (Signature of Party (s))

I consent to being substituted.
Date:     5/14/2013
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     5/14/2013
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

SHIRIN ABBASZEDEH ZAHABI
    Plaintiff (s),
V.
BANK OF AMERICA, N.A., ARASH BAHMAN
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12-00014

Notice is hereby given that, subject to approval by the court, ARASH BAHMAN (Party (s) Name) substitutes PATRICIA H. LYON (Name of New Attorney), State Bar No. 126761 as counsel of record in place of VICTORIA A. CANTORE, AKERMAN SENTERFITT (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: FRENCH & LYON
    Address: One Sansome Street, Suite 750, San Francisco, CA 94104
    Telephone: (415) 597-7849    Facsimile: (415) 243-8200
    E-Mail (Optional): phlyon@frenchandlyon.com

I consent to the above substitution.
Date: 5/14/2013
(Signature of Party (s))

I consent to being substituted.
Date: 5/14/2013
Victoria Cantore
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/14/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/17/13
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]