PATRICIA H. LYON, State Bar No. 126761
MAXINE FASULIS, State Bar No. 127687
FRENCH & LYON
Professional Corporation
One Sansome Street, Suite 750
San Francisco, CA  94104
Telephone:  (415) 597-7800
Facsimile:   (415) 243-8200
E:Mail: phlyon@frenchandlyon.com

Attorneys for Defendant
ARASH BAHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHABI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., ARASH BAHMAN, and DOES 1 - 50, inclusive,<br><br>　　　　Defendants. | CASE NO. C 12-00014<br><br>**ORDER APPROVING STIPULATION FOR CONTINUANCE OF DEADLINE FOR COMPLETION OF NON-EXPERT DISCOVERY** |

　　The Stipulation for Continuance of Deadline for Completion of Non-Expert Discovery between all parties having been submitted for approval, and good cause appearing therefore,

　　IT IS HEREBY ORDERED THAT:

　　1.　The terms of the Stipulation for Continuance of Deadline for Completion of Non-Expert Discovery are approved.

1     2.     The deadline for completion of non-expert discovery, currently set as November 1, 2013, shall be extended to December 1, 2013.

        SO ORDERED.

Dated:  June  27 , 2013.

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE