UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHAB, | No. C 12-00014 RS (LB) |
|     Plaintiff(s), | **ORDER REGARDING SETTLEMENT CONFERENCE** |
|     v. | |
| BANK OF AMERICA, N.A., ET AL., | |
|     Defendant(s). | |
| _____/ | |

The court held a telephonic settlement conference on Friday, July 19, 2013, and orders the following:

1. Bank of America should obtain and disclose the additional discovery about the ownership of the property within two weeks and should disclose it by Monday, August 5, 2013, to Plaintiff and should update the court with the status by email to the court's orders box that same day.

2. The parties should meet and confer (and may do so by telephone) by no later than Wednesday, August 7, 2013 about their respective settlement postures.

3. As soon as possible after that, and in no event no later than Thursday, August 8, 2013, at 11 a.m., Plaintiff must communicate a revised demand to Defendants. Any monetary components should be reduced to dollar figures (including any demand for fees and costs). Defendant must respond by Friday, August 9, 2013 at 2:00 p.m. The demand and response must be emailed to the

ORDER RE SETTLEMENT CONFERENCE
C 12-00014 RS (LB)

1  court's orders box no later than August 9 at 2:00 p.m.

2     4. Bank of America should provide its fees and costs (to date and projected) by Friday, August
3  9, 2013 at 2:00 p.m. and may do so confidentially.

4     5. The court vacates the settlement conference currently set for Wednesday, July 24, 2013 and
5  resets it for Tuesday, August 13, 2013 at 9:30 a.m.

6     6. All other requirements of the court's previously-issued settlement conference order remain in
7  effect.

**IT IS SO ORDERED.**

Dated: July 19, 2013

_____
LAUREL BEELER
United States Magistrate Judge