1   PATRICIA H. LYON, State Bar No. 126761
MAXINE FASULIS, State Bar No. 127687
2   FRENCH & LYON
Professional Corporation
3   One Sansome Street, Suite 750
San Francisco, CA 94104
4   Telephone: (415) 597-7800
Facsimile: (415) 243-8200
5   E:Mail: phlyon@frenchandlyon.com

6   Attorneys for Defendant
ARASH BAHMAN
7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

12   SHIRIN ABBASZADEH ZAHABI,       ) CASE NO. C 12-00014
                                     )
13            Plaintiff,         )
                                       ) **ORDER APPROVING STIPULATION**
14        v.                  ) **FOR CONTINUANCE OF DEADLINE**
                                       ) **FOR COMPLETION OF NON-**
15   BANK OF AMERICA, N.A., ARASH     ) **EXPERT DISCOVERY**
BAHMAN, and DOES 1 - 50, inclusive,   )
16                                          )
           Defendants.       )
17                                          )
18                                          )
19                                          )
20                                          )
21   _____ )

22       The Stipulation for Continuance of Deadline for Completion of Non-Expert Discovery

23   between all parties having been submitted for approval, and good cause appearing therefore,

24       IT IS HEREBY ORDERED THAT:

25       1.      The terms of the Stipulation for Continuance of Deadline for Completion of Non-

26   Expert Discovery are approved.

27

28

                                       -1-

1    2.    The deadline for completion of non-expert discovery, currently set as December

2  1, 2013, shall be extended to February 1, 2014.

3    SO ORDERED.

4  Dated:  October  9  , 2013.

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

ANSWER TO THIRD AMENDED COMPLAINT