IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHABI, | No. C 12-00014 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| BANK of AMERICA N.A., ARASH BAHMAN, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 16, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

On or before August 1, 2014, all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before August 29, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

1  　　　　B.  On or before September 19, 2014, parties will designate their supplemental and

2  rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

3  　　　　C.  On or before October 10, 2014, all discovery of expert witnesses pursuant to Federal

4  Rule of Civil Procedure 26(b)(4) shall be completed.

5  　　　　5.　　FURTHER CASE MANAGEMENT CONFERENCE.  A telephonic Further Case

6  Management Conference shall be held on **October 16, 2014 at 11:00 a.m**.  The parties shall file

7  a Joint Case Management Statement at least one week prior to the Conference.

8  　　　　3.　　PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served

9  pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment

10  absent leave of Court.  All pretrial motions shall be heard no later than **November 13, 2014**.

11  　　　　4.　　PRETRIAL CONFERENCE.  The final pretrial conference will be held on

12  **January 15, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

13  Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the

14  case shall attend personally.

15  　　　　5.　　TRIAL DATE.  A jury trial shall commence on **January 26, 2015 at 9:00 a.m.**,

16  in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

17  California.

18  　　　　IT IS SO ORDERED.

19

20  DATED:   January 16, 2014

21

22  　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2