1  ROBERT F. KANE (State Bar No. 71407)
   E-mail: RKane1089@aol.com
2  LAW OFFICES of ROBERT F. KANE
   870 Market Street, Suite 1128
3  San Francisco, CA 94102
   Telephone: (415) 982-1510
4  Facsimile: (415) 982-5821

5  SHIRLEY HOCHAUSEN (State Bar No. 145619)
   KEITH OGDEN (State Bar No. 273129)
6  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   2117B University Avenue
7  East Palo Alto, CA 94303
   Telephone: (650) 326-6440
8  Facsimile: (650) 326-9722

9  Attorneys for Plaintiff
   SHIRIN ABBASZADEH ZAHABI
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT of CALIFORNIA

13  SHIRIN ABBASZADEH ZAHABI            Case No.  12-00014-RS
    ,                                    ORDER
14                                       **STIPULATION TO EXTEND TIME TO**
         Plaintiff,                      **COMPLETE LAY DISCOVERY**
15
         vs.
16
    BANK of AMERICA N.A., ARASH
17  BAHMAN, et al.

18       Defendants.

                                          STIPULATION TO EXTEND TIME TO
                           1                     COMPLETE DISCOVERY

1       IT IS HEREBY STIPULATED, by and between plaintiff Shirin Zahabi ("Plaintiff") and
2   defendants Bank of America, N.A. and Arash Bahman ("Defendants"), through their respective
3   attorneys, that, due to pending settlement discussions, the time to complete all non-expert
4   discovery as set forth in the January 16, 2014 Case Management Scheduling Order is extended
5   from August 1, 2014 to October 10, 2014, the time for designation of experts is extended from
6   August 29, 2014 to October 31, and the time for designation of rebuttal and supplemental experts
7   from September 19, 2014 to November 14, 2014.  All other schedules and deadlines remain the
8   same.

Dated: July 9, 2014                              Respectfully submitted,

**LAW OFFICES of ROBERT F. KANE**
**COMMUNITY LEGAL SERVICES IN**
**EAST PALO ALTO**

By: /s/ *Robert F. Kane, Esq.*
    Robert F. Kane, Esq.
    Attorneys for Plaintiff,
    SHIRIN ABBASZADEH ZAHABI

Dated: July 9, 2014                              Respectfully submitted,

**FRENCH & LYON,**
**A Professional Corporation**


By: */s/ Maxine Fasulis*
    Maxine Fasulis
    Attorney for Arash Bahman


Dated: July 9, 2014                              Respectfully submitted,
**AKERMAN SENTERFITT LLP**


By: /s/ *Preston Ascherin, Esq.*
    Preston Ascherin, Esq.
    Attorneys for Defendant,
    Bank of America, N.A.


*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2  ORDER
3  IT IS SO ORDERED.
4  Dated: 7/10/14

_____
U.S. DISTRICT COURT JUDGE