UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRIN ABBASZADEH ZAHAB,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BANK OF AMERICA, N.A., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 12-00014 RS (LB)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

    Settlement communications with counsel on 7/9/14, 7/10/14, and 7/15/14. Court sets further settlement conference for July 22, 2014 at 1:30 p.m. (with clients participating). There will be three lines, and counsel should provide call-in information to courtroom deputy Lashanda Scott by noon on Thursday, July 17, 2014. The lines will be as follows:

    (1) one line for all participants (B of A to set up)
    (2) one line for plaintiff and counsel (plaintiff to set up)
    (3) one line for defendants (B of A to set up)

The court also ordered the following on July 15, 2014 and reiterates the order now. All counsel must confer by telephone (not by email) about the issues discussed by July 16, 2014. Then, counsel must email the court a letter of no more than two pages with their latest demand and settlement posture by no later than Thursday, July 17, 2014 at noon. The letter must be exchanged with opposing counsel. Counsel may provide the court with an additional one-page letter with confidential information, and counsel must also provide their fees and costs to date and projected

Case 3:12-cv-00014-RS   Document 122   Filed 07/16/14   Page 2 of 2

through trial (and discuss the fees and costs with their respective clients before the settlement conference.

**IT IS SO ORDERED.**

Dated: July 16, 2014

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-00014 RS (LB)

2